J. G. BRILL CO. et al., Appellants, v. Edwin B. MEISSNER et al., etc.*

No. 6674.

Circuit Court of Appeals, Third Circuit.

Oct. 7, 1938.

Hugh M. Morris, of Wilmington, Del., and Noah A. Stancliffe, of New York City, for appellants.

John J. Darby and C. Willard Hayes, both of Washington, D. C., Samuel D. Goodis, of Philadelphia, Pa., and Gorham F. Freer, of Washington, D. C. (Sundheim, Folz & Sundheim, of Philadelphia, Pa., and Cushman, Darby & Cushman, of Washington, D. C., of counsel), for appellees.

Before BIGGS, Circuit Judge, and AVIS and· MARIS, District Judges.

PER CURIAM.

Affirmed on the opinion of Judge Kirkpatrick of the court below, 25 F.Supp. 244.

In the Matter of Wendell BUCKLEY, Bankrupt.

No. 41.

Circuit Court of Appeals, Second Circuit.

Nov. 7, 1938.

Benjamin Antin, of New York City (David Gale, of New York City, of counsel), for bankrupt.

Aaron Lipper, of New York City, for objecting creditor.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed.

*Rehearing denied Dec. 9, 1938.

CITY OF IRON MOUNTAIN v. WISCONSIN MICHIGAN POWER COMPANY.

No. 7592.

Circuit Court of Appeals, Sixth Circuit.

Oct. 10, 1938.

Ray MacAllister, Ray Derham, and Paul Rahm, all of Iron Mountain, Mich., for appellant.

Raymond Turner, of Iron Mountain, Mich., and James D. Shaw, of Milwaukee, Wis., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It is ordered that the appeal in this cause be and the same is dismissed, pursuant to stipulation of counsel.

COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. John CARAVANOS, Respondent.

No. 7586.

Circuit Court of Appeals, Sixth Circuit.

Nov. 15, 1938.

James W. Morris, Sewall Key, and Herman Oliphant, all of Washington, D. C., for petitioner.

Allen G. Gartner, of Washington, D. C., for respondent.

·Before SIMONS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

It being stipulated that decision in No. 7584, 99 F.2d 1000, this day decided shall control the above cause, the decision of the Board of Tax Appeals is hereby affirmed.